Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:18-mj-0012-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JACOB ISAIAH DOUGLAS, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue the Defendant citations for Possession of Marijuana and Giving False Information to an Authorized Person which the Defendant will pay through the Central Violations Bureau within 90 days.

.

Dated: June 14, 2017          NATIONAL PARK SERVICE

                                                                          /S/ Susan St. Vincent
                                                                          Susan St. Vincent
                                                                          Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Douglas*, 6:18-mj-0012-MJS, be dismissed, without prejudice, in the interest of justice. The status conference currently scheduled for August 15, 2018, is vacated.

IT IS SO ORDERED.

Dated:    June 15, 2018                            /s/ *Jeremy D. Peterson*
                                                                         UNITED STATES MAGISTRATE JUDGE